such repurchase made about 17 months after the sale does not come too late in view of defendant's continued interest and probable control of the company, and where it appears that it transferred valuable assets to him, after the sale, in disregard of the rights of other stockholders.

---

**Mamie Jahr, Appellant, v. Joseph Hopp, Appellee.**

**Gen. No. 23,773.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. HUGH R. STEWART, Judge, presiding. Heard in this court at the October term, 1917. Reversed and judgment here. Opinion filed April 29, 1918. Rehearing denied May 13, 1918.

### Statement of the Case.

Action by Mamie Jahr, plaintiff, against Joseph Hopp, defendant, to recover on an agreement to repurchase certain stock sold by a corporation to plaintiff. From a judgment for defendant, plaintiff appeals.

The decision herein is controlled by that in *Hills v. Hopp, ante,* p. 365.

FREDERICK A. BANGS, for appellant; RICHARD H. COLBY, of counsel.

GROSSBERG & HAFFENBERG, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.